```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 12655
    SHARON CAPASSO
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-3942
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/04/06 and confirmed on 03/09/07.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 62300.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OCWEN LOAN SVCG | CURRENT MORTG | 35886.70 | .00 | 35886.70 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| MB FINANCIAL BANK NA | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 5063.04 | .00 | 5063.04 |
| ILLINOIS DEPT REVENUE | PRIORITY | 883.06 | .00 | 883.06 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| GMAC FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELDS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORDSTROM FSB | UNSECURED | 55.07 | .00 | 55.07 |
| ROUNDUP FUNDING LLC | UNSECURED | 552.75 | .00 | 552.75 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 824.50 | .00 | 824.50 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 526.79 | .00 | 526.79 |
| WORLD FINANCIAL NETWORK | UNSECURED | 36.70 | .00 | 36.70 |
| WORLD FINANCIAL NETWORK | UNSECURED | 580.02 | .00 | 580.02 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| RECOVERY MANAGEMENT SYST | UNSECURED | 1346.86 | .00 | 1346.86 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3952.30 | .00 | 3952.30 |
| ILLINOIS DEPT REVENUE | UNSECURED | 124.22 | .00 | 124.22 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4444.92 | .00 | 4444.92 |
| SMC | UNSECURED | 1344.02 | .00 | 1344.02 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 294.27 | .00 | 294.27 |

          Summary of disbursements:

```
                        SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    35886.70       5946.10     14082.42           .00      55915.22
PRINCIPAL PAID        35886.70       5946.10     14082.42           .00      55915.22
INTEREST PAID              .00           .00          .00           .00           .00
TOTAL PAID            35886.70       5946.10     14082.42           .00      55915.22
```

The Debtor's attorney, PAUL M BACH                     , was allowed $   2500.00
and was paid $   2500.00 .

The Trustee received $   2800.41 .

Refunds to the Debtor totaled $   1084.37 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 07/21/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE